

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00134-CV

SOUMYA MUNIRAJ                                                    APPELLANT

V.

KASHI VISHWANATH REVANA                                          APPELLEE

------------

## FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 14-06719-158

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On April 26 and May 9, 2016, we notified appellant in accordance with rule 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  June 2, 2016

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing appellate fees).